ACCEPTED
03-15-00058-CR
5625094
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/10/2015 3:26:15 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00058-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **THIRD COURT** |
| | § | |
| **BRADY ALAN DANIEL** | § | **OF APPEALS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/10/2015 3:26:15 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Brady Alan Daniel, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 35th Judicial District Court of ? County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Brady Alan Daniel, and numbered 3029.

3.      Appellant was convicted of Aggravated Assault.

4.      Appellant was assessed a sentence of thirty-five years on November 18, 2014.

5.      Notice of appeal was given on January 21, 2015.

6.      The clerk's record was filed on May 19, 2015; the reporter's record

was filed on January 26, 2015.

7.   The appellate brief is presently due on June 18, 2015.

8.   Appellant requests an extension of time of 60 days from the current due date, i.e. until on or about August 18, 2015.

9.   No extension to file the brief has been received in this cause.

10.   Defendant is currently incarcerated.

11.   Appellant relies on the following facts as good cause for the requested extension:

A) Counsel for Appellant is currently completing a capital brief in Lanny Marvin Bush v. State of Texas, Appellate Case No. 11-14-00129-CR, Eleventh Court of Appeals.  Appellant's brief is due Monday, June 29, 2014.

B) Counsel for Appellant has a previously scheduled out-of-state family vacation July 1-7, 2015.

C) Counsel for Appellant is enrolled in the Center for American and International Law Criminal Defense Trial Skills & Trial Law Program in Plano, TX from August 2-6, 2015.

D) Counsel for Appellant has numerous bench and jury trial settings throughout the summer and is unable to currently determine which cases will actually proceed to trial.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this

Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Woodley & Dudley
707 Center Avenue
Brownwood, TX  76801
Tel: (325) 646-7685
Fax: (325) 646-7688
Emily@woodleydudley.net

By: _____
Emily Miller
State Bar No. 00796347
Emily@woodleydudley.net
Attorney for Brady Alan Daniel

## CERTIFICATE OF SERVICE

This is to certify that on June 8, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Mills County, 200 S. Broadway, Brownwood, TX  76801, by electronic service through the Electronic Filing Manager.

_____
Emily Miller

| STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF BROWN | § |

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared Emily Miller, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Emily Miller
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on ___June 8___, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



TERESA D. CULPEPPER
Notary Public, State of Texas
My Commission Expires
December 13, 2018